**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN FLAMER                  :       **CIVIL ACTION**
                                  :
     **v.**                      :
                                    :
**GEORGE W. HILL**               :
**CORRECTIONAL FACILITY, et al.**     :       **NO. 14-4748**

FILED

SEP - 3 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**O R D E R**

AND NOW, this _2nd_ day of August 2014, upon

consideration of plaintiff John Flamer's motion to proceed *in*

*forma pauperis* and his *pro se* complaint, it is ORDERED that:

     1.    The motion to proceed *in forma pauperis* is DENIED,

pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in

the Court's Memorandum.

     2.    If he seeks to continue with this case, Mr. Flamer

must remit the $350 filing fee and $50 administrative fee to the

Clerk of Court within thirty (30) days of the date of this

Order.

     3.    The Clerk of Court shall CLOSE this case for

statistical purposes.

                 **BY THE COURT:**

                 **GENE E. K. PRATTER, J.**